# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

145881 & (26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 145881
                                          COA: 311927
                                          Wayne CC:  12-006598-01-AR
                                                                  12-006600-01-AR

DAVID BENJAMIN DUNN,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012                         _____
                                                  Clerk

p1113